Certification of Judgment (AO 451 Rev - SDNY 5/25/06)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

ZIM AMERICAN INTERGRATED SHIPPING SERVICES, INC.,

           Plaintiff,

-and-

ANDERSON INTERNATIONAL GLOBAL LLC, a/k/a
WORLDWIDE PAPER CO.,
           Defendants.
------------------------------------------------------------X

08CV2922
JUDGE MANNING
MAGISTRATE JUDGE NOLAN

07 CIVIL 3675 (BSJ)
**CERTIFICATION OF JUDGMENT**
**FOR REGISTRATION IN**
**ANOTHER DISTRICT**

I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on Sep 7, 2007 as it appears in the records of this court, and that:

☒   No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐   No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐   An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐   An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

May 15, 2008

MAY 2 0 2008
**FILED**
MAY 2 0 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

J. Michael McMahon
_____ Clerk
_____
(By) Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

               Plaintiff,

- against -

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE
PAPER CO.,

               Defendant.
----------------------------------------------------------X

07 CIV. 3675 (BSJ)

DEFAULT JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/9 dc

    This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. on May 17, 2007 by personal service on Andrew Sagartz, Agent, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

    Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

    ORDERED, ADJUDGED AND DECREED that the plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. have judgment against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. in the liquidated amount of $16,059.00, with interest at 6% from July 12, 2006 amounting to $1,055.93, plus the costs and disbursements of this action in the amount of $545.00, amounting in all to $17,659.93.

Dated: New York, New York
~~February    , 2004~~
September 4, 2007

                                      _____
                                      U.S.D.J.

08CV2922
JUDGE MANNING
MAGISTRATE JUDGE NOLAN

MAY 2 0 2008

F I L E D

MAY 2 0 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A CERTIFIED COPY
J. MICHAEL McMAHON,
BY _____
    DEPUTY CLERK    CLERK